DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475




**FILED**

FEB - 7 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
REBECCA J. CAMP

Chapter 13
Case No. 07-3-1524 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $47.13 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 009 | CLERK OF THE COURT FOR CLC CONSUMER SERVICES 2730 LIBERTY AVENUE PITTSBURGH, PA 15222 | $47.13 |

Dated: February 4, 2011

_____
CECILIA MARCELO
Receipts Administrator